# UNITED STATES DISTRICT COURT

_____DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA

V.

RONALD CHRISTIAN
MAHIRI KAZANA
DANA T. RICE
CEDRIC G. INGRAM
BRYANT GILBERT
WILLONA GAINES

**CRIMINAL COMPLAINT**

CASE NUMBER: 05-1731-CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From in or about <u>May 2005 through July 28, 2005</u> in <u>Suffolk</u> county, in the District of <u>Massachusetts and elsewhere</u>, defendants did, (Track Statutory Language of Offense)

knowingly and intentionally conspire with one and other and with other persons unknown, to distribute cocaine and cocaine base, also known as crack cocaine, a Schedule II controlled substance,

in violation of Title ___21___ United States Code, Section(s) <u>841(a)(1), 841(b)(1)(C) and 846</u>.

I further state that I am a(n) <u>Drug Enforcement Administration</u> and that this complaint is based on the following facts:
                             Official Title

**See Attached Affidavit of TFA Joao Monteiro**

Continued on the attached sheet and made a part hereof:    X Yes   ☐ No

Signature of Complainant
**Joao Monteiro**
Task Force Agent
Drug Enforcement Administration

Sworn to before me and subscribed in my presence,

<u>July 28, 2005</u>     at     <u>Boston, Massachusetts</u>
Date                              City and State

**HON. CHARLES B. SWARTWOOD III**
**UNITED STATES MAGISTRATE JUDGE**
Name and Title of Judicial Officer                Signature of Judicial Officer