05-1731-CBS

## **AFFIDAVIT OF TASK FORCE AGENT JOAO J. MONTEIRO**

Task Force Agent **JOAO J. MONTEIRO** deposes and states as follows:

### **A.   INTRODUCTION**

1.   I am a Task Force Agent with the Drug Enforcement Administration ("DEA") and I am currently assigned to DEA's New England Field Division, with its main office in Boston, Massachusetts.  A complete description of: (1) my qualifications, training and experience; and (2) the background and progress of this investigation is included in my affidavit dated July 22, 2005 filed in support of a criminal complaint, search, warrants, and seizure warrants (Case No. 05-MJ-01703-CBS); and my affidavit dated July 25, 2005 filed in support of criminal complaint, search warrants, and a seizure warrant (Case No. 05-MJ-01721-CBS).  Each of these complaints are incorporated herein by reference and are attached.

2.   I am submitting this affidavit in support of a criminal complaint charging (1) RONALD CHRISTIAN, a/k/a "Rizz," a/k/a "Ronnie," (2) MAHIRI KAZANA, a/k/a "Spanky," (3) DANA T. RICE, (4) CEDRIC G. INGRAM, a/k/a James Watson, a/k/a Fred L. Sapp, a/k/a "Big Man,"(5) BRYANT GILBERT, a/k/a "B," and (6) WILLONA GAINES (hereinafter the "Target Subjects") with conspiracy to distribute cocaine and cocaine base, also known as "crack cocaine," a Scheduled II controlled substance and in violation of Title 21, United States Code, Sections 846, 841(a)(1), and (b)(1)(A)(ii).

1

3.     In the paragraphs below, I have set forth a brief
summary of a number of the relevant intercepted telephone calls
over the above described target telephones.  The paragraphs below
describing these intercepted calls are only summaries and for the
most part are not verbatim transcripts of the complete and/or
actual conversations.

4.     I have also not detailed herein all of the relevant
telephone calls since there are thousands of intercepted calls.
In the call summaries below, I also have included parenthetical
comments relating to the conversations which contain my own and
other law enforcement agents' interpretation of the coded
language being used by the Target Subjects and the context of
these intercepted conversations.  These interpretations are based
on my own experience investigating narcotics traffickers and my
familiarity with the facts gathered thus far during this
investigation.  In addition to the intercepted phone calls, I
have included information about the physical surveillance law
enforcement agents have conducted of the Target Subjects in
conjunction with wire interceptions and seizures of cocaine that
took place during the interception of wire communications.

## B. **PROBABLE CAUSE AS TO TARGET SUBJECTS**

## (1) **RONALD CHRISTIAN, a/k/a "Rizz," a/k/a "Ronnie"**

5.     The investigation has revealed that CHRISTIAN obtains
significant quantities of crack cocaine from HUSIE JOYNER and
GREGORY BING.  During the course of Title III wire interceptions
CHRISTIAN has been intercepted or referred to as "Rizz" or

2

"Ronnie" and has been intercepted using telephone number 617-230-6763, with no subscriber information available.  BPD Detective Robert Fratalia, who has had direct contact with CHRISTIAN on multiple occasions and is familiar with CHRISTIAN's voice, personally identified the voice as RONALD CHRISTIAN on the wiretap.

6.  On April 22, 2005, at approximately 8:34 p.m., BPD Officer Brito and Det. Wright observed GREGORY BING and DONNELLE JOYNER arrive at BING's residence at 751 Shawmut Avenue driving a Jeep bearing MA plates 22BR48 and enter the building.  Then during an intercepted call at 8:35 p.m., HUSIE asked BING where Donnelle (JOYNER) was at.  BING said that '"D" was right here.' HUSIE said, 'Alright, tell Donnelle if he gonna do his up give me all rock (crack cocaine) . . . is it powdery or is it rocky?' BING said he was about to look, but it was all sealed up.  HUSIE asked if he had them all in 250's and BING said yeah, but they were all sealed up.  HUSIE said, 'One of them is like, like, 4 grams short.'  HUSIE said, 'all rock, perfect, cause you know 'Ronnie' (referring to RONALD CHRISITAN) and all them only like rock' (meaning crack cocaine).  BING says, 'no, it ain't rocky I said.'  HUSIE then told BING to make it rocky and make it 250 and 125 rocky. Towards the end of the call, BING said it was 992 (grams) altogether and said it was '8 grams short' (of a kilogram).

7.  Based on a series of calls on April 23, 2005, agents believe that DONNELLE JOYNER delivered a quantity of crack

3

cocaine to RONALD CHRISTIAN on behalf of GREGORY BING and HUSIE
JOYNER.  During an intercepted call at 4:36 p.m., BING told HUSIE
JOYNER  that DONELLE JOYNER "just went in the house with Ronnie
Christian, he wants to show Ronnie . . . something."  Later in
the call BING called out "Hello Rizzo," presumably after
Christian came out of the house.  In the very next call at 4:44
p.m., BING asked HUSIE JOYNER, 'what's the numbers like for that
3 dubies for Rizzo?' (referring to three 62 gram quantities of
crack cocaine).  HUSIE replied that "Rizzo" (CHRISTIAN) just gave
Donnelle '45 cents for me.' (believed to be $4,500)  BING said he
knew but he was asking the number.  JOYNER repeated that he gave
45 cents ($1,500 each for three 62's).  Then, at 5:04 p.m., HUSIE
asked BING 'how much was hard left?'  BING replies, a rizzy.
HUSIE said huh, and BING said, 'a rope.' (Usually a term for an
ounce).  HUSIE asked, 'after you see Ronnie, how much hard is
left.'  BING said, 'I just told you, a rope.'  HUSIE says, 'a
rope? Hmmmm. And you're seeing Ronnie, um.'  BING said 'who
else, what else?'  HUSIE said, 'just give it to Ronnie, he's good
for it because you get scared anyway.'  Then 5:11 p.m., BING
called DONNELLE JOYNER and asked where Rizz (CHRISTIAN) was at.
Donnelle said he was out front and he had to bring it to this guy
(referring to CHRISTIAN).  BING said he was coming down.  At 5:25
p.m., BING told HUSIE that he was at Donnelle's and he gave that
thing to "Ronnie."

     8.  During a series of calls on May 18, 2005, investigators
believe that HUSIE JOYNER and DONNELLE JOYNER delivered two 125

                              4

grams of crack cocaine to RONALD CHRISTIAN. At 6:24 p.m., CHRISTIAN called HUSIE JOYNER from telephone number 617-230-6763. HUSIE asked CHRISTIAN, 'One...two...three or umm...you know what I'm saying?' CHRISTIAN responded, 'Let me double check that . . . I think I want two "P" (Poopie).' At 6:52 p.m., CHRISTIAN called HUSIE JOYNER at telephone number 617-230-6723. During the call, HUSIE and CHRISTIAN agreed to meet up at the place where 'the boy, he turned a preacher, he live down south now' resided. At 7:06 p.m., HUSIE called CHRISTIAN at the same number and CHRISTIAN told HUSIE he was almost there. At 7:17 p.m., HUSIE called CHRISTIAN again and pointed out where he (HUSIE) and "Donnelle" were located. After spotting HUSIE and DONNELLE, CHRISTIAN asked, 'Well, why the f*ck you didn't just pull over?' HUSIE responded, 'Nah . . . got all them cars following you, Ronnie.'

9.     On June 22, 2005, HUSIE JOYNER and CHRISTIAN discussed the price and/or quantity of HUSIE's drugs. At 10:10 p.m., CHRISTIAN called HUSIE from telephone number 617-230-6723. HUSIE told CHRISTIAN, '6150 in the air.' CHRISTIAN asked, '6150?' HUSIE then said, 'Yeah, that's right. I couldn't do no better than that. But beautiful damn.' CHRISTIAN responded, 'OK, you...I'm gonna call him (referring to a customer of CHRISTIAN's) right now.' Then at 11:23 p.m., CHRISTIAN called HUSIE and told HUSIE that he was trying to call him. HUSIE said he was sitting around (waiting). CHRISTIAN said he tried to talk to "V," but he might be laying down. HUSIE said he could see him (CHRISTIAN)

5

tomorrow.

## (2) MAHIRI KAZANA, a/k/a "Spanky"

10.  The investigation revealed that KAZANA obtained significant quantities of crack cocaine from HUSIE JOYNER. During the course of Title III wire interceptions KAZANA has been intercepted or referred to as "Spanky" and has been intercepted using telephone number 617-905-5384, which is subscribed to MAHIRI KAZANA, 62 Fuller St., Dorchester, MA.  As further described below, on June 2, 2005, BPD Officers arrested KAZANA with approximately 16 grams of crack cocaine and $2,300.

11.  During an intercepted phone call on April 27, 2005, KAZANA asked HUSIE for a "deuce" (62 grams) and then told HUSIE that he had friend from Texas who buy to sell a kilogram of cocaine from "22 dollars" (referring to $22,000).  In particular, at 3:58 p.m., KAZANA called HUSIE from telephone number 617-905-5384 and asked HUSIE, 'what's the deal with you...everything?' KAZANA then said, 'Alright I'm gonna pull one of them lottery cards and deuces (a deuce, meaning 62 grams) wild cards when I come into town.'  HUSIE then asked, 'What were you talking about earlier too?'  KAZANA then said, 'Yeah, Yeah I wanted to talk to you about, um a friend of mine you know, just, you know, just got out of, you know his thing or whatever you know what I mean (just got out of prison), he's from out of Houston uh, he's supposed to be coming this way to come check me out man you know . . . For like 22 dollars.'  KAZANA told HUSIE, 'your that kind of person

6

that can, can help a dude out in that situation, you know . . . Make it good for both of us so.'

12. Days later on April 29, 2005, KAZANA asked HUSIE for $2,000 worth of drugs. At 3:00 p.m., KAZANA called HUSIE from telephone number 617-905-5384 and asked HUSIE, 'What you got there? Same thing still?' HUSIE responded that he could get something different. KAZANA told HUSIE that he had "two dollars" ($2,000) and wanted to get whatever two dollars could get him. Then at 6:40 p.m., KAZANA called HUSIE again and left a voice message asking for a specific quantity of drugs for $2,000 saying, 'Freak boy, let me get like 75, 75 and a half pieces, or 76 pieces for that two dollars. Holla back.' At 8:08 p.m., KAZANA called HUSIE again and told HUSIE, in coded language, that he wanted 84 grams. KAZANA said, 'The wide receiver wear number 84 now.' HUSIE, not understanding the code, asked, 'huh?' KAZANA repeated the code, 'The wide receiver, the new one, that the Patriots got . . . He gonna be wearing number 84.' HUSIE said, alright and conversation ended. At 8:39 p.m., KAZANA called HUSIE again and asked him if he was going to be a long time. HUSIE said he was still waiting to get something different (referring to a different quality of drugs). KAZANA said he only had one person complaining about the other stuff (one customer of KAZANA's complaining about the quality of drugs). HUSIE said, it's up to you "Spanky." KAZANA said that he would get the wet stuff (referring to crack cocaine that has not dried) and he would take it that way. KAZANA then reiterated that he needed

7

"84" (grams of crack cocaine).

13.   On May 9, 2005, KAZANA asked HUSIE JOYNER for 62 grams of crack cocaine. At 6:07 p.m., KAZANA told HUSIE, 'I'm gonna call you in a little while, for a deucie.' Then in a later call the same day, HUSIE told KAZANA that he would see him after the game and KAZANA replied, HUSIE says he will try to see him after the game and Kazana says, 'tell him to burn my toast man and stop playing games man.'

14.   On May 13 and 14, 2005, KAZANA gave HUSIE $1,100 in exchange for drugs. A short time later, HUSIE complained to KAZANA that the money was short and was overheard counting the money. At 8:38 p.m., KAZANA asked HUSIE, 'all I got on me right now is like 11 dollars. Can you do something. I can get you the rest tonight.' Then early the next day at 12:44 a.m., HUSIE called KAZANA and complained that he (KAZANA) only give him $970. HUSIE said, 'What ass don't say you got 11 when you got 970 man . . .It is 970 you gave me I put in my pocket. Lying fat ass you know what it is.' Over the phone, HUSIE can be heard counting the money aloud and said it was only $980 on the dot.

15.   On May 25, 2005, at 7:10 p.m., HUSIE JOYNER received an incoming call from telephone number 617-905-5384, subscribed to MAHIRI KAZANA, 62 Fuller St #1, Dorchester MA, which went through to voice mail.   KAZANA left a message saying, 'P hit me up man, let me know what's going on P? I need to do something dog, I' m hurting right now, thank you sir.'

8

16. On June 2, 2005, at approximately 1:34 am, BPD Officers arrested KAZANA with approximately 16 grams of crack cocaine, $2300, and a cell phone. KAZANA was operating a white Pontiac Grand Am in the Uphams Corner area when Boston police officers observed its left front headlight was out. Officers also observed KAZANA straddle the center line for approximately 20 feet and then pulled him over. KAZANA gave his name and stated he did not have his license in his possession. Officers ran his name and date of birth and records revealed he had a suspended license. KAZANA was placed under arrest and officers recovered the crack cocaine from the waistband of his underwear during a search incident to arrest. The money was recovered from his front pants pocket.

## (3) DANA T. RICE

17. The investigation revealed that RICE obtained significant quantities of cocaine and crack cocaine from HUSIE JOYNER. During the course of Title III wire interceptions RICE has been intercepted or referred to as "Dana" and has been intercepted using telephone number (617) 828-7449, subscribed to Marilyn Mack, 135 Townsend Street, Roxbury, MA. According to records maintained by the Massachusetts Criminal History Systems Board (CHSB), RICE resides at 135 Townsend Street, 13C in Dorchester and Marilyn Mack is RICE's mother. On July 12, 2005 after meeting with HUSIE JOYNER following a drug deal, BPD officers identified RICE during the course of a traffic stop. In intercepted calls following this incident, HUSIE said he tried to

9

warn RICE because HUSIE saw the police conducting surveillance.

18. During a series of calls on May 18, 2005, RICE arranged to purchase 62 grams from HUSIE JOYNER. At 5:41 p.m., HUSIE JOYNER received an incoming call from RICE who was calling from 617-828-7449, subscribed to Marilyn Mack, 135 Townsend St., C13, Dorchester, MA. During the brief call, RICE told HUSIE, 'a sixty-two . . . for the *** tonight.' HUSIE said he would call back in a second. At 6:04 p.m., HUSIE asked Dana if he was at home. Minutes later, at 6:15 p.m., HUSIE asked RICE if he had a couple more dollars. RICE said yeah. HUSIE then said he was going to 'drop two of those off.'

19. Days later on May 24, 2005, RICE asked HUSIE for a quantity of drugs (believed to be an half ounce, 14 grams) and asked for it "the other way" (referring to either powder vs. crack cocaine). At 2:54 p.m., HUSIE called RICE at 617-828-7449 and RICE told HUSIE that he (RICE) needed to see him. At 2:59 p.m., HUSIE JOYNER received an incoming call from DANA RICE who was calling from 617-828-7449. RICE told HUSIE, 'Yeah, like um, 2 . . . but um . . . I need um, 1-4 . . . the other way if possible. HUSIE said, 'Alright, just come through first.' Then during a series of calls, RICE and HUSIE coordinate meeting up together, but during a call at 4:27 p.m., HUSIE told RICE to meet at his (RICE's) crib because a particular street did not look right. At 4:45 p.m., RICE said he was at home and HUSIE said he would be there in a minute.

20. On June 29, 2005, at 8:45 p.m., RICE called HUSIE from telephone number 617-828-7449 and RICE and HUSIE agreed to meet. RICE told HUSIE he was in Quincy. HUSIE said he would call back. Then at 9:29 p.m., HUSIE JOYNER received an incoming call from DANA RICE, who was calling from 617-828-7449. RICE told HUSIE that he needed a "125" (referring to 125 grams). HUSIE told him to meet him over at the Karaokee Place.

21. The next day, on June 30, 2005, at 11:35 a.m., HUSIE JOYNER called DANA RICE at 617-828-7449. RICE told HUSIE that some detectives pulled him over in Quincy and ran a K-9 dog past his vehicle. Towards the end of the call, RICE said he needed to hook up with HUSIE about the thing yesterday. The same day at June 30, 2005, at 3:05 p.m., RICE called HUSIE JOYNER from 617-828-7449. RICE asked if he could come see HUSIE now. RICE said he would have "5, or most likely 55" ($5000 -$5,500). HUSIE told RICE to meet at their regular place.

22. During a series of calls on July 1, 2005, RICE arranged to purchase both cocaine and crack cocaine from HUSIE JOYNER. At 12:21 p.m., HUSIE called RICE at 617-828-7449. HUSIE told RICE that the money was $4310.00 instead of 47 ($4,700). RICE said he needed to get the same thing,$9.00 and talked about getting 12-15. At 2:07 p.m., RICE called HUSIE from 617-828-7449. RICE said he was ready to see HUSIE for a pick up and then an additional pick up. HUSIE asked why they would not do the whole thing at once. At 2:51 p.m., RICE called HUSIE again from 617-828-7449. During the call, RICE asked HUSIE if the 150 could be

11

"the other way." RICE said he wanted 100 the way he got it
yesterday and 150 "the other way" (referring to both powder and
crack cocaine).

## (4) CEDRIC G. INGRAM, a/k/a James Watson, a/k/a Fred L. Sapp, a/k/a "Big Man"

23.    The investigation revealed the INGRAM received crack
cocaine from HUSIE JOYNER and GREOGORY BING that INGRAM re-
distributed to other customers.   During the course of Title III
wire interceptions INGRAM has been intercepted or referred to as
"Big Man" and has been intercepted using the following telephone
numbers: (617)785-2494, Cedric Ingram, 37 Old Morton St.,
Mattapan, MA; and(617)-319-4760, subscribed to Fred Sapp, 65
Martha Road, Boston, MA. As further described below, on May 11,
2005, law enforcement agents conducting surveillance observed
INGRAM meet with BING on for a drug transaction and then observed
him immediately meet up with two other individuals.   Those
individuals were followed and stopped and BPD officers seized
from them a quantity of crack cocaine. [how much]

24.    On May 2, 2005, at 12:09 p.m., a then unknown male
later identified as INGRAM called BING from 617-319-4760, Fred
Sapp,  65 Martha Rd #6h, Boston, MA and said, 'Hey what's goin'
on, hey "G" (Grove-BING), do me a favor tell "P" (POOPIE-JOYNER)
to call me, tell him I'm ready I'll, I'll start in Saugus and
come back, and I'll be ready.' BING says alright. Five minutes
later, HUSIE called BING and BING said that 'Big Man' just
called.  HUSIE cut him off and replied, 'Can't do nothing right

12

now.' HUSIE asked what he wanted and BING says, 'He said to tell you that, I don't know, he act like he talked to you say yo, tell P-Man I'm gonna be ready for him man I'm going on that other side of Saugus.' HUSIE says 'I don't speak to him yet.' BING then refers to an incoming call and says, 'that's him right there.' HUSIE says 'I'll call you later.' BING then takes a call from the same number 617-319-4760 and INGRAM said, 'I called this morning, it was ringing, but he didn't answer.' BING replied, 'Uh, alright, I didn't speak with him, I just called he didn't call me back yet.' At 12:34 p.m., INGRAM called again and BING just said, 'Not yet, not yet, big man.' At 1:25 p.m., INGRAM called again and said only 'Yo he gonna call you man, he's outta work.'

25. During a series of calls on May 11, 2005, INGRAM arranged to purchase drugs from BING. At 1:33 p.m., INGRAM called BING from 617-319-4760 and asked BING what time BING is coming into the city. BING said, 'what's up, Big Man.' BING said that the other day he had a little something left but he didn't want to sell any ***(unintelligible )out of it. INGRAM said he just wanted 'to grab something small, it ain't for me, its for somebody else.' BING said he could get whatever he wanted right now. INGRAM said he just wanted 'something little, like a dubie' (62 grams). BING said he would seel it '18 dollars' ($1,800 for 62 grams) and INGRAM said that's cool. At 2:01 p.m., BING asked INGRAM if he was at the house. INGRAM said he was and BING said, 'bring that dust (money) outside.' At 2:08

13

p.m., INGRAM asked 'can you do me a favor and chef that for me please. . . chef, Chef Boyardee.' (Referring to crack cocaine). BING said okay. At 4:45 p.m., INGRAM called BING from 617-319-4760 and asked BING to call the dude and see if he wanted that dust (money) now. BING said hold on, and HUSIE got on the phone, saying, 'what's up Big Man?' INGRAM asked if he wanted that dust now. HUSIE said yeah, I'm on my way.

26. The same day, at approximately 5:27 p.m, BPD Dets. Walsh, McHale , and Guy observed BING enter a gray Chevrolet Blazer with Mass license plate 15YA25 (a rental car, which rental records revealed the vehicle was rented by CEDRIC INGRAM] at the corner of Washington and Eustace, near BING's apartment at 428 Washington Street. At one point, Walsh observed the driver of this vehicle, later identified him as INGRAM through RMV and booking photos. Less than a minute later, Walsh saw BING exit the vehicle and walk along Washington Street as the Trailblazer drove away. Surveillance units followed Trailblazer to school bus parking lot at corner of Melnea Cass ans Washington. At approximately 5:31 pm, Officer Hynes observes two black males enter the Trailblazer. The male later identified as Evans entered the front seat; the male identified as Shawn Reid entered the rear seat. At around 5:35 pm, officer Hynes observed Evans and Reid exit Trailblazer and enter a Chrysler Sebring, MA reg. 48JJ41. Then at 5:35 p.m., BING called HUSIE and told him that '"Big Man" is on his way.'

27. At approximately 5:45 pm, Officer Jorge Diaz initiated

14

a stop of the Sebring at 235 Massachusetts Avenue.  During the
stop, the operator, Arliss Evans, admitted he was not licensed to
operate the vehicle, but did have a permit.  Additional marked
units responded at approximately 6:00 pm and arrested Evans for
operating without a license.  Officers seized from his property a
Verizon cellular telephone.  The passenger, who identified
himself as Shawn Rogers, said he did not have a license.  Because
officers observed the passenger acting suspiciously, he was asked
to step out of the vehicle, which he did, and produced a license
in the name Shawn Reid, who had outstanding arrest warrants
against him.  Officers moved to arrest Reid, pat frisked him, and
felt a hard object in his pocket.  A struggle ensued during which
Reid assaulted Detective Guy, biting him in the knee.  A search
of Reid by Officer Boyle resulted in the reccvery of three
plastic bags of crack cocaine.  A search of the vehicle by
Officer Walsh resulted in the seizure of a MacDonald's cup
containing three plastic bags with two small and one large rocks
of crack cocaine, in excess of 28 grams.

     28.  The next day, May 12, 2005, at approximately 8:00 am,
TFA Richard Ridlon was driving when he observed the Chevrolet
Trailblazer, MA Reg. 15YA25 traveling on the highway and
requested a motor vehicle stop.  Trooper MacKinnon stopped the
vehicle near Frontage Road in South Boston.  The driver, who did
not produce a license or registration, identified himself as
"James Watson."  An RMV check revealed James Watson to be one
alias for CEDRIC INGRAM, and that "Watson" had a suspended

license. He was arrested. INGRAM's property was inventoried and Trooper Ridlon examined INGRAM's cellular telephone and observed it to be a T-Mobile Motorola telephone bearing number 617-319-4760. Ridlon also accessed some of the recently dialed numbers in the telephone and the numbers included 617-642-0420 (May 11 at 6:05 p.m.) which is Joyner Target Telephone #2.

29. Following this incident on May 12, 2005, INGRAM began contacting BING and HUSIE JOYNER from a different phone number, 617 785-2494, subscribed to Cedric Ingram, 37 Old Morton St., Mattapan, MA. For example, on May 14, 2005, at 12:12 a.m., HUSIE JOYNER received an incoming call from CEDRIC INGRAM, who was calling from 617 785-2494, Cedric Ingram, 37 Old Morton St., Mattapan, MA. HUSIE and INGRAM discussed the purchase of 125 grams and go back and forth about a 27 deal, possibly a kilogram for $27,000. INGRAM said, 'another thing man, did me and you talk about earlier . . . I was serious man.' HUSIE responded, 'You, you talking about , you talking about the um, 1-2, 1-2-5 Street right.' INGRAM said, 'Nah, I was talking about the other thing.' HUSIE asked, 'Which other thing . . . the bigger thing. INGRAM said, 'You said 27 yeah.' HUSIE asked, 'Why you say that. I thought you was talking the, the 1-2-5 thing.' INGRAM said, 'Nah, I ain't talking about that' and HUSIE answered, 'Yeah, of course you can get that for that.' INGRAM then said that he did not want to get it from HUSIE, but from the other side of the street . . . because "he" said he had it from "27."

**(5) BRYANT GILBERT, a/k/a "B"**

16

30.   The investigation revealed that GILBERT received drugs from HUSIE JOYNER.   During the course of Title III wire interceptions GILBERT has been intercepted or referred to as "B" or "Brian" and has been intercepted using telephone number 617-671-4446, subscribed to Tanya Williams, 121 Blue Ledge Dr., Boston, MA.   As further described below, GILBERT was identified on May 18, 2005, during which time HUSIE JOYNER delivered a quantity of drugs to GILBERT at the same time GILBERT was involved in a shooting incident and was shot but unidentified others.

31.   On April 30, 2005, at 10:48 p.m., GILBERT called HUSIE from telephone number 617-671-4446.   During the call, GILBERT told HUSIE, 'I'm gonna see you tomorrow on that thing' (believed to be a quantity of drugs).   HUSIE responded, 'Alright, just call me baby boy I'm around. You still over there?'   GILBERT then said, 'Ah shit, I might need you to do it up for me man (cook the powder into crack)...cause I can't be... (because GILBERT was just released from prison and is on probation.   HUSIE responded, 'That's no problem . . Yeah I know, you can't touch nothing.'

32.   On May 16, 2005, at 11:42 p.m., GILBERT spoke with HUSIE using telephone number (617) 671-4446.   HUSIE referred to GILBERT as "B."   HUSIE said, 'Hey B, I was down to my last one right (referring to a quantity of drugs), I needed some of it, I could give you half of it if you want it . I need something bad as sh*t.'

17

33. Then during a series of calls on May 18, 2005, GILBERT asked HUSIE JOYNER for a "Rizzie" (a quantity of drugs). While HUSIE was in the process of meeting up with GILBERT to do the deal, GILBERT told HUSIE that he had just been shot. During the next intercepted calls, HUSIE called 911 to report the shooting on Wilbur Road.

34. Days later on May 23, 2005, at 2:12 p.m., HUSIE JOYNER called BRIAN GILBERT, at telephone number 617-671-4446, subscribed to Tanya Williams, 121 Blue Ledge Dr., Boston, MA. During the call, HUSIE told GILBERT that "it" would be later. GILBERT said that he would be ready today. Over HUSIE's phone, GREGORY BING and DONNELLE JOYNER's voices can be heard in the background).

35. On May 24, 2005, at 3:04 p.m., HUSIE JOYNER called BRIAN GILBERT at telephone number 617-671-4446. HUSIE asked GILBERT, 'What's up baby? You cool? What's up?' GILBERT said, 'I need "it" for something or shit you know . . . HUSIE responded, 'All right, all right, so you want me to hold onto it for you?' to which GILBERT responded, 'Yeah man, definitely man.'

### (6) WILLONA GAINES

36. The investigation has revealed that GAINES received crack cocaine from GREGORY BING and then HUSIE JOYNER on a regular basis which she then redistributed to other customers. During the course of Title III wire interceptions GAINES has been intercepted or referred to as "Big Momma" and has been

intercepted using telephone number (617) 331-0918, subscribed to
Barbara Gaines, 85 Bowdin Street, Dorchester, MA.

37.   On April 20, 2005, GAINES called BING from telephone
number 617-331-0918.  During the call, GAINES said she could pay
BING back on Friday and offered her Rolex to BING worth $10,000.
GAINES said that BING has been avoiding her and said 'You seem
like you don't want let me to owe nothing so I'm trying to get
you some collateral').  BING asked, 'what are you trying to get,
a rope or something?' (A 'rope' being an ounce or approximately
28 grams of crack).  GAINES said she 'was on 'E [empty], do you
know how many days I've missed? Seems like you've been dodging
me.'

38.   During a series of calls on April 29, 2005, BING and
GAINES arranged to meet for a drug transaction.  At 12:39 p.m.,
GAINES told BING that she needed to see BING.  BING said a couple
of minutes, but not even an hour.  GAINES told BING, 'Don't
forget my time piece.' (the Rolex watch she put down as
collateral).  At 12:59 p.m., BING asked GAINES what she was
trying to grab.  GAINES said the regular.  At 1:51 p.m., BING
explained the plan to GAINES: 'This the plan ah, big man. Listen
come down the bottom right what I need you to do right cuz I'm
waiting on the joint to get drizy (dry, referring to crack
cocaine), right, but what I need you to do right, is bring that,
bring that 11 dollars ($1,100) down right and, and 3, ($3,000) no
later than 3:10 right, I'm ah, I'm ah bring tha thing to you.'
GAINES then asked, 'Right, you got my um timepiece?'  BING

19

responded, 'Yeah you want it?'

39.   Following these calls, at 2:25 p.m., BPD Detective
Feeney observed GAINES's vehicle in front of 735 Shawmut Avenue.
A truck passed by then he observed BING exit the passenger side
and walk to 735 Shawmut.  Feeney followed the vehicle back to
85 Bowdoin Street (the subscriber address for GAINES phone) where
the driver waited in her vehicle for 5 minutes, then got out and
spoke to a male neighbor then sat on the front steps.  Feeney, PO
Walsh, and SA Campbell described the woman as black, heavy set,
5'5", 25-30 years old with brown hair highlighted red.  SA
Campbell looked at an RMV photo of WILLONA GAINES and identified
her as the woman who met with BING.  RMV records describe her as
5'5" and 26 years old.

40.   During several intercepted calls, GAINES complained to
BING about the quality of the crack cocaine and that it was still
wet.  For example, on May 4, 2005, at 3:20 p.m., GAINES called
BING and told him that she wa mad because 'that sh*t was soaking
wet and I had, let it dry out and I lost . . . 4.7.'  BING said
not to worry, 'when you come back, I got you on the next one.'
Then on May 11, 2005, at 4:17 p.m., GAINES complained that she
was shorted because the crack cocaine was a little bit wet
inside.  GAINES said, 'It's like 2.6, at 26.4. I ain't touch til
just now, it's just sitting out since yesterday.'  BING said he
will make it up next time and asks if she is coming around today.

20

## CONCLUSION

Based on the information contained in this affidavit, I submit that there is probable cause to believe that the above target subjects have committed the crime of conspiracy to distribute cocaine and cocaine base, also known as crack cocaine, in violation of 21 U.S.C. Sec. 846.

Joaó Monteiro
DEA Task Force Agent

Subscribed and sworn to
before me this 28[H] day of
July 2005.

UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MASSACHUSETTS

✎JS 45  (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** _____    **Category No.** _I_____    **Investigating Agency** _DEA/BPD_____

**City** _Boston_____    **Related Case Information:**

**County** _Suffolk_____    **Superseding Ind./ Inf.** _____    **Case No.** _____
**Same Defendant** _____    **New** _____
**Magistrate Judge Case Number** _____
**Search Warrant Case** _____
**R 20/R 40 from District of** _____

**Defendant Information:**

Defendant Name  **CEDRIC G. INGRAM**_____    **Juvenile** ☐ Yes   ☒ No

Alias Name  **James Watson**_____

Address  _37 Old Morton Street, Boston, MA_____

Birth date (Year only): **1966** SSN (last 4   _7778_  Se  _M_ Race:  _B, NonHisp_ Nationalit _USA_____

**Defense Counsel if** _____    **Address:** _____
_____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _Neil J. Gallagher_____    **Bar Number if** _____

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☒ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody** _____ in _____ .
☐ **Already in State** _____  ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial**    **Ordered** _____  **on** _____

**Charging Document:** ☒ **Complaint**    ☐ **Information**    ☐ **Indictment**

**Total # of Counts:** ☐ **Petty** _____  ☐ **Misdemeano** _____  ☐ **Felony**  _One_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date**  _7/28/05_    **Signature of** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    **CEDRIC INGRAM** _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute Cocaine and Cocaine Base | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** _____   **Category No.** I_____   **Investigating Agency** DEA/BPD_____

**City** Boston_____   **Related Case Information:**

**County** Suffolk_____   **Superseding Ind./ Inf.** _____   **Case No.** _____
  **Same Defendant** _____   **New** _____
  **Magistrate Judge Case Number** _____
  **Search Warrant Case** _____
  **R 20/R 40 from District of** _____

**Defendant Information:**

Defendant Name  **BRYAN GILBERT** _____   **Juvenile**  ☐ Yes  ☒ No

Alias Name _____

Address _____

Birth date (Year only): 1970  SSN (last 4 _____  Se M  Race: B, NonHisp  Nationalit USA_____

**Defense Counsel if** _____   **Address:** _____
_____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Neil J. Gallagher_____   **Bar Number if** _____

**Interpreter:**   ☐ Yes ☒ No   **List language and/or dialect:** _____

**Matter to be SEALED:**   ☐ Yes   ☒ No

  ☒ **Warrant Requested**   ☐ **Regular Process**   ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody** _____   in   _____ .
☐ **Already in State** _____   ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial**   **Ordered** _____   **on** _____

**Charging Document:**   ☒ **Complaint**   ☐ **Information**   ☐ **Indictment**

**Total # of Counts:**   ☐ **Petty** _____   ☐ **Misdemeano** _____   ☐ **Felony**  One_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date** 7/28/05   **Signature of**

%JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant      BRYAN GILBERT** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1 __21 U.S.C. Sec. 846__ | Conspiracy to Distribute Cocaine and Cocaine Base | __1__ |
| Set 2 _____ | _____ | _____ |
| Set 3 _____ | _____ | _____ |
| Set 4 _____ | _____ | _____ |
| Set 5 _____ | _____ | _____ |
| Set 6 _____ | _____ | _____ |
| Set 7 _____ | _____ | _____ |
| Set 8 _____ | _____ | _____ |
| Set 9 _____ | _____ | _____ |
| Set 10 _____ | _____ | _____ |
| Set 11 _____ | _____ | _____ |
| Set 12 _____ | _____ | _____ |
| Set 13 _____ | _____ | _____ |
| Set 14 _____ | _____ | _____ |
| Set 15 _____ | _____ | _____ |

**ADDITIONAL INFORMATION:**

%JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. __I_____    Investigating Agency __DEA/BPD_____

City ___Boston_____    Related Case Information:

County ____Suffolk_____    Superseding Ind./ Inf. _____    Case No. _____
                                 Same Defendant _____    New    _____
                                 Magistrate Judge Case Number _____
                                 Search Warrant Case    _____
                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __WILLIONA GAINES_____    Juvenile [ ] Yes [X] No

Alias Name _____

Address __85 Bowdin Street, Dorchester, MA._____

Birth date (Year only): _1976_ SSN (last 4 _____ Se _F_ Race: _B. NonHisp_ Nationalit _USA_____

**Defense Counsel if** _____    Address: _____
                                                        _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA _Neil J. Gallagher_____    Bar Number if    _____

Interpreter:    [ ] Yes [x] No    List language and/or dialect:    _____

Matter to be SEALED:    [ ] Yes [x] No

        [x] Warrant Requested        [ ] Regular Process        [ ] In Custody

**Location Status:**

**Arrest Date:** _____

[ ] Already in Federal Custody _____ in _____ .
[ ] Already in State _____ [ ] Serving Sentence [ ] Awaiting Trial
[ ] On Pretrial        Ordered _____ on _____

**Charging Document:**    [x] Complaint    [ ] Information    [ ] Indictment

**Total # of Counts:**    [ ] Petty _____    [ ] Misdemeano _____    [ ] Felony _One_

Continue on Page 2 for Entry of U.S.C. Citations

[x]    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

Date _7/28/05_        Signature of _____

JS 45  (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant     WILLIONA GAINES** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute Cocaine and Cocaine Base | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

📎JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** _____    **Category No.** _1_____    **Investigating Agency** _DEA/BPD_____

**City** _Boston_____    **Related Case Information:**

**County** _Suffolk_____

**Superseding Ind./ Inf.** _____    **Case No.** _____
**Same Defendant** _____    **New** _____
**Magistrate Judge Case Number** _____
**Search Warrant Case** _____
**R 20/R 40 from District of** _____

**Defendant Information:**

Defendant Name  **RONALD CHRISTIAN**_____    **Juvenile**  ☐ **Yes**  ☒ **No**

Alias Name  **Rizzo, Ronnie**_____

Address  **45 Hammond Street, Rox**_____

Birth date (Year only): **1969**  SSN (last 4 _____  Se **M** Race: **B, NonHisp** Nationalit **USA**_____

**Defense Counsel if** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _Neil J. Gallagher_____    **Bar Number if** _____

**Interpreter:**    ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:**    ☐ Yes  ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☒ **In Custody**

**Location Status:**

**Arrest Date:**    _7/28/05_____

☒ **Already in Federal Custody** _____ in _____ .
☐ **Already in State** _____    ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial**    **Ordered** _____    **on** _____

**Charging Document:**    ☒ **Complaint**    ☐ **Information**    ☐ **Indictment**

**Total # of Counts:**    ☐ **Petty** _____    ☐ **Misdemeano** _____    ☐ **Felony**  **One**

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date**  7/28/05    **Signature of** _____

℥JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant      RONALD CHRISTIAN** _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute Cocaine and Cocaine Base | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

✎JS 45  (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** _____    **Category No.** _I_____    **Investigating Agency** __DEA/BPD_____

**City** __Boston_____    **Related Case Information:**

**County** ___Suffolk_____

Superseding Ind./ Inf. _____    **Case No.** _____
Same Defendant _____    **New** _____
Magistrate Judge Case Number _____
Search Warrant Case _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name ___MAHIRI KAZANA,_____    **Juvenile** ☐ Yes    ☒ No

Alias Name _____

Address ___60 Norwood Circle, Norwood, MA_____

Birth date (Year only): _1966_ SSN (last 4 _____ Se _M_ Race: _B, NonHisp_ Nationalit _USA_____

**Defense Counsel if** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA _Neil J. Gallagher_____    **Bar Number if** _____

**Interpreter:**    ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:**    ☐ Yes    ☒ No

☒ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody** _____ **in** _____ .
☐ **Already in State** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial**    **Ordered** _____ **on** _____

**Charging Document:**    ☒ **Complaint**    ☐ **Information**    ☐ **Indictment**

**Total # of Counts:**    ☐ **Petty** _____    ☐ **Misdemeano** _____    ☐ **Felony** _One_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date** _7/28/05_    **Signature of** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    **MAHIRI KAZANA** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  **21 U.S.C. Sec. 846** | Conspiracy to Distribute Cocaine and Cocaine Base | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____     **Category No.** __I_____     **Investigating Agency** __DEA/BPD_____

**City** __Boston_____     **Related Case Information:**

**County** __Suffolk_____     **Superseding Ind./ Inf.** _____     **Case No.** _____
                                   **Same Defendant** _____   **New** _____
                                   **Magistrate Judge Case Number** _____
                                   **Search Warrant Case** _____
                                   **R 20/R 40 from District of** _____

**Defendant Information:**

Defendant Name **DANA T. RICE** _____     **Juvenile** ☐ Yes  ☒ No

Alias Name _____

Address __135 Townsend Street, 13C, Dorchester_____

Birth date (Year only): __1973__ SSN (last 4 __7778__ Se __M__ Race: __B, NonHisp__ Nationalit __USA_____

**Defense Counsel if** _____     **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil J. Gallagher_____     **Bar Number if** _____

**Interpreter:**     ☐ Yes ☒ No     **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes  ☒ No

        ☒ **Warrant Requested**     ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody _____ in _____ .
☐ Already in State _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial     Ordered _____ on _____

**Charging Document:**     ☒ **Complaint**     ☐ **Information**          ☐ **Indictment**

**Total # of Counts:**     ☐ **Petty** _____     ☐ **Misdemeano** _____     ☐ **Felony  One**

Continue on Page 2 for Entry of U.S.C. Citations

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date  7/28/05**          **Signature of** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant    DANA RICE** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| **Set 1**  21 U.S.C. Sec. 846 | Conspiracy to Distribute Cocaine and Cocaine Base | 1 |
| **Set 2** | | |
| **Set 3** | | |
| **Set 4** | | |
| **Set 5** | | |
| **Set 6** | | |
| **Set 7** | | |
| **Set 8** | | |
| **Set 9** | | |
| **Set 10** | | |
| **Set 11** | | |
| **Set 12** | | |
| **Set 13** | | |
| **Set 14** | | |
| **Set 15** | | |

**ADDITIONAL INFORMATION:**