```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA,
        Plaintiff,
v.
                                 MJ 05-1731-CBS

WILLONA GAINES,
        Defendant,

## ORDER OF APPOINTMENT OF COUNSEL

July 29, 2005

SWARTWOOD, C.M.J.

    It is hereby ORDERED that Timothy Watkins of the Federal Defender for the District of Massachusetts, 408 Atlantic Avenue, 3rd floor, Boston, Massachusetts, (617) 223-8061, is appointed to represent the above-named defendant in all proceedings related to the above-entitled case.

                                              CHARLES B. SWARTWOOD, III
                                              CHIEF MAGISTRATE JUDGE

                                              By the Court:

                                              /s/ Lisa B. Roland
                                              Lisa B. Roland
                                              Deputy Clerk