```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA  )
                          )
     v.                   )    Cr. No. 05-mj-01731 CBS
                          )
WILLONA GAINES, ET AL     )
   Defendant.             )
                          )
```

### ASSENTED TO MOTION TO EXCLUDE TIME FROM SPEEDY TRIAL ACT COMPUTATIONS

The United States, by its undersigned counsel, hereby moves that, pursuant to 18 U.S.C. §§ 3161(b) and 3161(h), the Court exclude from all Speedy Trial Act calculations (including any calculations made pursuant to 18 U.S.C. § 3161(b)) the period beginning August 16, 2005 (the date of this motion) and extending for 30 days thereafter (to and including September 16, 2005). As grounds therefore, the parties state as follows.

On July 28, 2005, the defendant, Willona Gaines ("Gaines"), was charged by criminal complaint with conspiracy to possess with intent to distribute cocaine base, also known as "crack cocaine", in violation of 21 U.S.C. § 846. On July 29, 2005, Gaines was arrested, had her initial appearance, the government assented to release conditions, and the Court Ordered that the defendant be released on an unsecured bond. The defendant, through her counsel, Timothy Watkins, has assented to the relief requested herein, and the ends of justice served by the delay outweigh the interest of the public and the defendant in a speedy trial.

Based on the foregoing, the United States moves that the time between August 16, 2005, and September 16, 2005, be excluded from all Speedy Trial Act calculations.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      UNITED STATES ATTORNEY

                            By:  /s PETER K. LEVITT
                                 PETER K. LEVITT
                                 Assistant U.S. Attorney
                                 One Courthouse Way
                                 Boston, MA
                                 (617) 748-3355

Dated: August 16, 2005