✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF  MA

| UNITED STATES | | | | | **EXHIBIT AND WITNESS LIST** |
|---|---|---|---|---|---|
| V. | | | | | |
| WILLONA GAINES | | | | | Case Number: 05-1731-CBS |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Charles B. Swartwood, III | Gallagher | Watkins |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 8/29/2005 | 10:39 A | Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witnesses |
| | | 8/29/05 | | | Agent Michael P. Cashman |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | Exhibits |
| 1 | | 8/29/05 | X | X | Line Sheet, 4/20/2005, Bing/Gaines |
| 2 | | 8/29/05 | X | X | RMV Photo |
| 3 | | 8/29/05 | X | X | Line Sheet, 4/29/2005, Bing/Gaines |
| 4 | | 8/29/05 | X | X | Line Sheet, 5/4/2005, Bing/Gaines |
| 5 | | 8/29/05 | | X | CD of recorded call from Ex. 4 |
| 6 | | 8/29/05 | X | X | Line Sheet, 5/11/2005, Bing/Gaines |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages