**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **CRIMINAL ACTION** |
| ) | **NO. 05-1731-CBS** |
| WILLONA GAINES, ET AL, ) | |
| Defendants, ) | |

**MEMORANDUM OF PROBABLE CAUSE**
**August 29, 2005**

**SWARTWOOD, C.M.J.**

I. Nature of the Offense

On July 28, 2005, a Criminal Complaint was filed, charging Willona Gaines ("Ms. Gaines"), and others, with conspiracy to distribute cocaine and cocaine base, in violation of 21 U.S.C. §§841(a)(1), 841(b)(1)(C) and 846.

At Ms. Gaines initial appearance in connection with this Complaint, she was advised of her right to a preliminary examination in accordance with Fed. R. Crim. P. 5.1.

The case was then continued to August 29, 2005, for a probable cause hearing. At that hearing, Michael P. Cashman, a Special Agent with the Drug Enforcement Administration ("DEA"), testified on behalf of the Government and was cross-examined by Ms. Gaines' counsel.

## II. <u>Facts</u>

1. This case involves an alleged conspiracy in the Boston area involving the sale of substantial amounts of cocaine and cocaine base (crack cocaine). This investigation commenced in September 2004 and primarily involved Title III intercepts of telephone conversations among the alleged conspirators named in this and other Complaints and surveillance of those conspirators. One of the primary targets of this investigation was Greg Bing ("Mr. Bing"), whose telephone was intercepted and who was surveilled making controlled sales of cocaine/crack cocaine to an undercover agent.

2. As a result of a Title III intercept of Mr. Bing's telephone, a woman was intercepted on April 20, 2005 (<u>Govt. Ex. 1</u>), on April 29, 2005 (<u>Govt. Ex. 3</u>), on May 4, 2005 (<u>Govt. Ex. 4</u>) and on May 11, 2005 (<u>Govt. Ex. 6</u>), making arrangements with Mr. Bing for the sale of crack cocaine.

3. The telephone used by the female to contact Mr. Bing for the sale of crack cocaine was subscribed to by Barbara Gaines, at 85 Bowdoin Street, Dorchester, Massachusetts (the "Gaines' telephone"). However, as a result of surveillance on April 20 and April 29, 2005, Willona Gaines was the person identified by surveilling law enforcement officials going to meet with Mr. Bing for the purpose of purchasing the crack cocaine ordered on the Gaines' telephone. Identification of Willona Gaines was done by comparing her Massachusetts Registry of Motor Vehicles' license

application picture with the person who met with Mr. Bing. <u>Govt. Ex. 2</u>.

### III. <u>Probable Cause</u>

I find that the intercepted telephone calls between Mr. Bing and a female were clearly made for the purchase of the female purchasing crack cocaine from Mr. Bing. Ms. Gaines was subsequently identified as the person who subsequently met with Mr. Bing for the purchase of crack cocaine. Therefore, I find probable cause for the offense charged against Ms. Gaines in this Complaint.


/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE