IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION |
| v. | ) | |
| | ) | 05-MJ-01731-CBS |
| WILLONA GAINES | ) | |
| | ) | |

ASSENTED TO MOTION TO EXCLUDE
TIME FROM SPEEDY TRIAL ACT COMPUTATIONS

The United States respectfully moves this court pursuant to 18 U.S.C. §§ 3161(b) and 3161(h) to exclude the time under § 3161(b) requiring the government to seek an indictment within thirty days of arrest from the September 16, 2005 to October 14, 2005.  As grounds the government submits as follows:

Defendant WILLONA GAINES was arrested and made her initial presentment before the court on July 29, 2005.  The government agreed to pre-trial release.  The same day the court ordered GAINES released on conditions.  Therefore, under § 3161(b), the government was required to have an indictment filed by August 29, 2005.  On August 16, 2005, the government filed an assented to motion to exclude the time under § 3161(b) from August 16, 2005 to September 16, 2005.  The court granted the motion.  The instant motion seeks an thirty day extension of this excludable period of time.

The instant case involves defendants from two other related criminal complaints based on Title III wiretaps on nine different

1

cell phones.  Defense counsel and undersigned counsel are seeking resolution of this case with the need of a trial and indictment.  Counsel for defendant, AFPD Timothy Watkins assents to the granting of this motion.

                                          Respectfully Submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                                By:   /s/ Neil J. Gallagher, Jr.
                                          Neil J. Gallagher, Jr.
                                          Assistant U.S. Attorney


Date Submitted: September 15, 2005