UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-M-1731-CBS |
| | ) | |
| WILLONA GAINES | ) | |

<u>ASSENTED-TO MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE</u>

Defendant, Willona Gaines, moves that this Court modify her conditions of pretrial release to allow U.S. Pretrial Services to permit her to travel to the six New England states. As grounds for this motion, the defendant through counsel states the following:

1. The defendant was charged by complaint with distribution of cocaine base in violation of 21 U.S.C. § 841(a). She was arrested on July 28, 2005 and appeared before this Court on July 29, 2005.

2. The Court conditionally released the defendant that same day. One of the conditions of release ordered that the defendant's travel be restricted to the District of Massachusetts.

3. Pretrial Services reports that the defendant has been compliant with all conditions of her release.

4. The defendant is the sole caretaker for three young children. She has requested that she be allowed to travel outside of Massachusetts for day trips and to vacation with her children.

5. Pretrial Services assents to allowing the defendant to travel outside of the District of Massachusetts, but requires judicial approval by the Court to modify these conditions.

6. The government assents to this motion.

```
                         WILLONA GAINES
                         By her attorney,



                         /s/ Timothy Watkins
                         Timothy Watkins
                           B.B.O. #567992
                         Federal Defender Office
                         408 Atlantic Ave., Third Floor
                         Boston, MA  02110
                         Tel: 617-223-8061
```

CERTIFICATE OF SERVICE

I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that an electronic copy was served on non-registered participants, including Pretrial Services Officer Gina Affsa, by electronic mail on January 17, 2006.

```
                         /s/ Timothy G. Watkins
                         Timothy G. Watkins
```