IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION |
| v. | ) | |
| | ) | 05-MJ-01731-CBS |
| WILLONA GAINES | ) | |
| | ) | |

ASSENTED TO MOTION TO EXCLUDE
TIME FROM SPEEDY TRIAL ACT COMPUTATIONS

The United States respectfully moves this court pursuant to 18 U.S.C. §§ 3161(b) and 3161(h) to exclude the time under § 3161(b) requiring the government to seek an indictment within thirty days of arrest from October 16, 2005 until April 17, 2006.

Defendant WILLONA GAINES was arrested and made her initial presentment before the court on July 29, 2005. The government agreed to pre-trial release. The same day the court ordered GAINES released on conditions. Therefore, under § 3161(b), the government was required to have an indictment filed by August 29, 2005. On August 16, 2005, the government filed an assented to motion to exclude the time under § 3161(b) from August 16, 2005 to September 16, 2005. The court granted the motion. On September 16, 2005, the government filed a second assented to motion to exclude the time under § 3161(b) from September 16, 2005 to October 16, 2005. The court granted the motion.

The instant motion seeks an extension of the period of time in which the government is required to seek an indictment until

1

April 17, 2006.  Defense counsel and undersigned counsel are seeking resolution of this case without the need of a trial and indictment.  Counsel for defendant, AFPD Timothy Watkins assents to the granting of this motion.

                                        Respectfully Submitted,

                                        MICHAEL J. SULLIVAN
                                      United States Attorney

                            By:  /s/ Neil J. Gallagher, Jr.
                                 Neil J. Gallagher, Jr.
                                 Assistant U.S. Attorney

Date Submitted: January 17, 2006

### Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                        /s/ Neil J. Gallagher, Jr.
                                        Neil J. Gallagher, Jr.