PS 8
(5/05)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

United States of America

vs.

Willona Gaines                                    Docket No. 05mj1731 TSH

### PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

The undersigned Pretrial Services Officer presents this report regarding defendant , who was placed under pretrial release supervision by the Honorable Charles Swartwood, on 7/29/05 under the following conditions:

1. Report in person every Monday before 12:00 noon.
2. Report by telephone every Thursday before 12:00 noon.
3. Actively seek employment and provide proof to Pretrial Services.
4. Obtain no passport.
5. Travel restricted to the District of Massachusetts.  (Amended 2/22/06 to include New England)
6. Maintain residence at 159 Intervale Street in Dorchester, MA.
7. Refrain from possessing firearms, destructive devices and other dangerous weapons.
8. Refrain from excessive use of alcohol.
9. Refrain from use/possession of illegal drugs.
10. Submit to random drug testing.
11. Participate in a program of inpatient or outpatient therapy if deemed necessary.

And respectfully seeks action by the Court and for cause as follows:
(Insert here or if lengthy, attach on a separate sheet)

**See attached Memorandum.**

**Petition for Action on Conditions of Pretrial Release**

PRAYING THE COURT WILL:

☐ Issue a Warrant

☒ Issue a Summons for the defendant to appear for a show cause hearing

☐ Other:

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: 3/15/2006          Place: Boston, Massachusetts

/s/_____          Date: 3/15/2006
Gina Affsa
U.S. Pretrial Services Officer

ORDER OF COURT

☐ Warrant to Issue

☒ Summons to issue. Clerk to schedule show cause hearing.

☐ Other:

Considered and ordered this __16th__ day of __March__, 2006, and ordered filed and made part of the record in the above case.

_____
Judicial Officer