AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF

| UNITED STATES OF AMERICA<br>V.<br><br>Willona Gaines<br>159 Intervale Street<br>Dorchester, MA<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:    05mj1731 TSH |
|---|---|

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>595 Main Street<br>Worcester, MA 01608<br><br>Before:    Judge Hillman | Room<br>Courtroom 1 |
|---|---|
| | Date and Time<br>March 29, 2006 @ 2:15 PM |

To answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    X Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

Show Cause Hearing

Timothy S. Hillman, U.S. Magistrate Judge    /s/ Timothy S. Hillman
Name and Title of Issuing Officer    Signature of Issuing Officer

3/17/2006
Date